IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE,                )
1709 Monmouth Parkway           )
Middleton, NJ 07748             )
                                )
            Plaintiff,          )      8:11CV401
                                )
      v.                        )
                                )
WERNER ENTERPRISES, INC.,       )      ORDER
d/b/a WERNER TRUCKING,          )
14507 Frontier Road             )
P.O. Box 45308                  )
Omaha, NE 68145                 )
                                )
      and                       )
                                )
DRIVERS MANAGEMENT, LLC         )
14507 Frontier Road             )
P.O. Box 45308                  )
Omaha, NE 68145                 )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on the motion to withdraw (Filing No. 29) as counsel for defendants on behalf of Sidney Steinberg and Kaitlin M. Piccolo, with the law firm of Post & Schell. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Sidney Steinberg and Kaitlin M. Piccolo, with the law firm of Post & Schell are deemed withdrawn as counsel of record for defendants.

DATED this 12th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court