IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE,                    )
1709 Monmouth Parkway               )
Middleton, NJ 07748                 )
                                    )
            Plaintiff,              )        8:11CV401
                                    )
       v.                           )
                                    )
WERNER ENTERPRISES, INC.,           )        ORDER
d/b/a WERNER TRUCKING,              )
14507 Frontier Road                 )
P.O. Box 45308                      )
Omaha, NE 68145                     )
                                    )
       and                          )
                                    )
DRIVERS MANAGEMENT, LLC             )
14507 Frontier Road                 )
P.O. Box 45308                      )
Omaha, NE 68145                     )
                                    )
            Defendant.              )
_____)
```

This matter is before the Court on defendants' motion for an extension of time to answer plaintiff's amended complaint (Filing No. 34) and motion for an extension of time to file a report of the parties' planning conference (Filing No. 35).  The Court finds the motions should be granted.  Accordingly,

IT IS ORDERED:

1) Defendants' motion for an extension of time to answer plaintiff's amended complaint is granted; defendants shall have until January 30, 2012, to answer or otherwise respond to plaintiffs' amended complaint.

     2) Defendants' motion for an extension of time to file a report of the parties' planning conference is granted; the parties shall have until February 6, 2012, to file a report of their planning conference.

     DATED this 6th day of January, 2012.

                 BY THE COURT:

                 /s/ Lyle E. Strom

                 _____
                 LYLE E. STROM, Senior Judge
                 United States District Court