IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE,                    )
1709 Monmouth Parkway               )
Middleton, NJ 07748                 )
                                    )
            Plaintiff,              )          8:11CV401
                                    )
    v.                              )
                                    )
WERNER ENTERPRISES, INC.,           )          ORDER
d/b/a WERNER TRUCKING,              )
14507 Frontier Road                 )
P.O. Box 45308                      )
Omaha, NE 68145                     )
                                    )
            and                     )
                                    )
DRIVERS MANAGEMENT, LLC             )
14507 Frontier Road                 )
P.O. Box 45308                      )
Omaha, NE 68145                     )
                                    )
            Defendant.              )
_____)
```

After conference with counsel,

IT IS ORDERED:

1) Plaintiff shall file a motion to certify class action no later than June 14, 2012.

2) Defendant shall have thirty days from the date of the motion to respond.

3) Plaintiff shall have ten days to file a reply. If the Court deems it necessary, a hearing on class action status will be scheduled.

DATED this 22nd day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court