IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE,               )
                               )
          Plaintiff,           )         8:11CV401
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC.,      )         ORDER
d/b/a WERNER TRUCKING, and     )
DRIVERS MANAGEMENT, LLC        )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiff's motion to modify the scheduling order and compel discovery (Filing No. 48).

IT IS ORDERED that a telephone conference is scheduled for:

**Monday, July 9, 2012, at 9:30 a.m.**

before the undersigned.  Counsel shall advise the Court of a telephone number where they can be reached.

DATED this 3rd day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court