IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE,              )
1709 Monmouth Parkway         )
Middleton, NJ 07748           )
                              )
          Plaintiff,          )       8:11CV401
                              )
     v.                       )
                              )
WERNER ENTERPRISES, INC.,     )       ORDER
d/b/a WERNER TRUCKING,        )
14507 Frontier Road           )
P.O. Box 45308                )
Omaha, NE 68145               )
                              )
     and                      )
                              )
DRIVERS MANAGEMENT, LLC       )
14507 Frontier Road           )
P.O. Box 45308                )
Omaha, NE 68145               )
                              )
          Defendant.          )
_____)
```

After telephonic conference with counsel,

IT IS ORDERED:

1) Plaintiff' motion to modify the scheduling order (Filing No. 48) is granted, and plaintiff's motion to certify class and brief filed on June 29, 2012 (Filing Nos. 52 and 53) are deemed timely filed;

2) Plaintiff's motion to compel discovery (also Filing No. 48) is deemed ready for ruling;

3) Defendant shall have until July 31, 2012, to respond to plaintiff's motion to certify class; and

4) Plaintiff shall have until August 14, 2012, to file a reply. If the Court deems it necessary, a hearing on class action status will be scheduled.

DATED this 9th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court