IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE,                )
                                )
            Plaintiff,          )         8:11CV401
                                )
     v.                         )
                                )
WERNER ENTERPRISES, INC.,       )         ORDER
d/b/a WERNER TRUCKING, and      )
DRIVERS MANAGEMENT, LLC         )
                                )
            Defendants.         )
_____)
```

     This matter is before the Court on defendants' motion for leave to file a brief and index (Filing No. 70) in opposition to plaintiffs' motion for leave to file a second amended complaint (Filing No. 67).

     IT IS ORDERED that defendants' motion is granted; defendants shall file their brief and index of evidence in opposition to plaintiffs' motion for leave to file a second amended complaint on or before September 28, 2012.

     DATED this 21st day of September, 2012.

                                      BY THE COURT:

                                      /s/ Lyle E. Strom
                                      _____
                                      LYLE E. STROM, Senior Judge
                                      United States District Court