IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE,              )
                              )
          Plaintiff,          )         8:11CV401
                              )
     v.                       )
                              )
WERNER ENTERPRISES, INC.,     )         ORDER
d/b/a WERNER TRUCKING, and    )
DRIVERS MANAGEMENT, LLC       )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on plaintiffs' motion for conditional class certification (Filing No. 52) and motion to amend plaintiffs' complaint (Filing No. 67). The Court finds that, prior to resolution of the above motions, the parties should show cause as to why this action should not be consolidated with the parties' related action (8:12CV307) under Rule 42 of the Federal Rules of Civil Procedure.

IT IS ORDERED that, on or before October 9, 2012, parties shall show cause why the above-entitled action should not be consolidated with case number 8:12CV307.

DATED this 24th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court