IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP PETRONE, ) | | |
| ) | | |
| Plaintiff, ) | | 8:11CV401 |
| ) | | |
| v. ) | | |
| ) | | |
| WERNER ENTERPRISES, INC., ) | | |
| d/b/a WERNER TRUCKING, and ) | | |
| DRIVERS MANAGEMENT, LLC ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |
| PHILLIP PETRONE, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV307 |
| ) | | |
| v. ) | | |
| ) | | |
| WERNER ENTERPRISES, INC., ) | | ORDER |
| d/b/a WERNER TRUCKING, and ) | | |
| DRIVERS MANAGEMENT, LLC ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

This matter is before the Court on defendants' motion for an extension of time to file a response pursuant to the Court's order dated October 11, 2012 (Filing No. 89). The Court notes plaintiffs have no objection. Accordingly,

IT IS ORDERED that defendants' motion is granted; defendants shall have until October 29, 2012, to provide any

response as provided for in the Court's previous order of October 11, 2012.

DATED this 16th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court