IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILLIP PETRONE, et al., | |
| Plaintiffs, | 8:11CV401 |
| v. | |
| WERNER ENTERPRISES, INC., d/b/a WERNER TRUCKING, and DRIVERS MANAGEMENT, LLC, | ORDER |
| Defendants. | |

After telephonic conference with counsel,

IT IS ORDERED that plaintiffs' counsel may use the notice as set forth in counsel's letter (Filing No. 146).

DATED this 26th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court