IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE,               )
                               )
          Plaintiff,           )        8:11CV401
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC.,      )
d/b/a WERNER TRUCKING, and     )
DRIVERS MANAGEMENT, LLC        )
                               )
          Defendants.          )
_____)
PHILLIP PETRONE,               )
                               )
          Plaintiff,           )        8:12CV307
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC.,      )        ORDER
d/b/a WERNER TRUCKING, and     )
DRIVERS MANAGEMENT, LLC        )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on defendants' unopposed motions for an extension of time to file a response to plaintiffs' motion for leave to file a third amended complaint (Filing No. 177 in 8:11CV401; Filing No. 80 in 8:12CV307). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that defendants' motions are granted; defendants shall have until December 16, 2013, to respond to plaintiffs' motion for leave to file a third amended complaint.

DATED this 4th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court