IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE, et al.,        )
                                )
             Plaintiffs,        )        8:11CV401
                                )
       v.                       )
                                )
WERNER ENTERPRISES, INC., and   )
DRIVERS MANAGEMENT, LLC,        )
                                )
             Defendants.        )
_____)
PHILLIP PETRONE, et al.,        )
                                )
             Plaintiffs,        )        8:12CV307
                                )
       v.                       )
                                )
WERNER ENTERPRISES, INC., and   )        ORDER
DRIVERS MANAGEMENT, LLC,        )
                                )
             Defendants.        )
_____)
```

This matter is before the Court on the motions of plaintiffs for an extension of time to file a reply to defendants' brief in opposition to plaintiffs' motions for leave to file a third amended complaint (Filing No. 182 in 8:11CV401 and Filing No. 85 in 8:12CV307).  The Court finds the motions should be granted.  Accordingly,

IT IS ORDERED that the respective motions for extension of time are granted; plaintiffs shall have until January 6, 2014,

to file a reply to defendants' brief in opposition to plaintiffs' motion for leave to file a third amended complaint.

DATED this 27th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court