IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP PETRONE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:11CV401 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., | ) | ORDER |
| d/b/a WERNER TRUCKING, and | ) | |
| DRIVERS MANAGEMENT, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation to send notice pursuant to Rule 23(B)(3) (Filing No. 188). Inasmuch as the class action notice has been approved in this case,

IT IS ORDERED that the stipulation is moot as to this action.

DATED this 22nd day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court