IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE, et al.,         )
                                 )
              Plaintiffs,        )         8:11CV401
                                 )
     v.                          )
                                 )
WERNER ENTERPRISES, INC., and    )
DRIVERS MANAGEMENT, LLC,         )
                                 )
              Defendants.        )
_____)
PHILLIP PETRONE, et al.,         )
                                 )
              Plaintiffs,        )         8:12CV307
                                 )
     v.                          )
                                 )
WERNER ENTERPRISES, INC., and    )         ORDER
DRIVERS MANAGEMENT, LLC,         )
                                 )
              Defendants.        )
_____)
```

This matter is before the Court on the motions to amend brief (Filing No. 196 in 8:11CV401 and Filing No. 99 in 8:12CV307). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) That the motions to amend brief are granted. The briefs are deemed timely filed in each action.

2) The briefs filed in clerical error (Filing No. 193 in 8:11CV401 and Filing No. 96 in 8:12CV307) shall be stricken by the clerk of the court.

DATED this 21st day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court