IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE, et al.,        )
                                )
           Plaintiffs,          )        8:11CV401
                                )
     v.                         )
                                )
WERNER ENTERPRISES, INC., and   )
DRIVERS MANAGEMENT, LLC,        )
                                )
           Defendants.          )
_____)
PHILLIP PETRONE, et al.,        )
                                )
           Plaintiffs,          )        8:12CV307
                                )
     v.                         )
                                )
WERNER ENTERPRISES, INC., and   )        ORDER
DRIVERS MANAGEMENT, LLC,        )
                                )
           Defendants.          )
_____)
```

This matter is before the Court on the defendants' motion to compel and for an expedited briefing schedule (Filing No. 199 in 8:11CV401; Filing No. 102 in 8:12CV307).  The Court finds that an expedited briefing schedule is appropriate.  Accordingly,

IT IS ORDERED:

1) No later than March 10, 2014, plaintiffs shall file their response to defendants' motion to compel (Filing No. 199 in 8:11CV401; Filing No. 102 in 8:12CV307).

2) No later than March 12, 2014, defendants shall file their reply brief.

DATED this 3rd day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court