IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP PETRONE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV401 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., | ) | |
| d/b/a WERNER TRUCKING, and | ) | |
| DRIVERS MANAGEMENT, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| PHILLIP PETRONE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV307 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., | ) | ORDER |
| d/b/a WERNER TRUCKING, and | ) | |
| DRIVERS MANAGEMENT, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the stipulated motions to extend defendants' deadline to identify an expert and serve an expert report and plaintiffs' deadline to depose defendants' expert (Filing No. 203 in 8:11CV401; Filing No. 106 in 8:12CV307). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions are granted; defendants shall have until March 31, 2014, to designate an expert witness and serve their expert report; and plaintiffs shall have until April 30, 2014, to take the deposition of defendants' expert.

DATED this 5th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court