IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP PETRONE, ) | | |
| ) | | |
| Plaintiff, ) | | 8:11CV401 |
| ) | | |
| v. ) | | |
| ) | | |
| WERNER ENTERPRISES, INC., ) | | |
| d/b/a WERNER TRUCKING, and ) | | |
| DRIVERS MANAGEMENT, LLC ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |
| PHILLIP PETRONE, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV307 |
| ) | | |
| v. ) | | |
| ) | | |
| WERNER ENTERPRISES, INC., ) | | ORDER |
| d/b/a WERNER TRUCKING, and ) | | |
| DRIVERS MANAGEMENT, LLC ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

This matter is before the Court on the plaintiffs' motion for a protective order or in the alternative an extension of the discovery period (Filing No. 207 in 8:11CV401; Filing No. 110 in 8:12CV307). Due to the time-sensitive nature of the motion, the Court finds that an expedited briefing schedule is appropriate. Accordingly,

IT IS ORDERED that no later than March 12, 2014, defendants shall file their response to plaintiffs' motion for a protective order or extension of time.

DATED this 5th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court