IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP PETRONE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV401 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., | ) | |
| d/b/a WERNER TRUCKING, and | ) | |
| DRIVERS MANAGEMENT, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| PHILLIP PETRONE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV307 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., | ) | ORDER |
| d/b/a WERNER TRUCKING, and | ) | |
| DRIVERS MANAGEMENT, LLC | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motions to restrict access to Exhibit A of defendants' index of evidence in support of motion to exclude damage calculations and expert testimony of Richard Kroon (Filing No. 249 in 8:11CV401; Filing No. 153 in 8:12CV307). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions to restrict are granted. Exhibit A of defendants' index of evidence in support of motion to exclude damage calculations and expert testimony by Richard Kroon shall remain restricted pending further order of the Court.

DATED this 2nd day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court