IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP PETRONE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:11CV401 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., and | ) | |
| DRIVERS MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| PHILLIP PETRONE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:12CV307 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., and | ) | ORDER |
| DRIVERS MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulated motions regarding brief deadlines set forth in the amended final progression order (Filing No. 270 in 8:11CV401 and Filing No. 174 in 8:12CV307). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The respective motions are granted; defendants shall have until July 11, 2014, to file a brief in opposition to plaintiffs' motion for summary judgment.

2) Plaintiffs shall have until August 1, 2014, to file a reply brief in support of their motion for summary judgment.

DATED this 9th day of June, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court