IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP PETRONE, et al., ) | | |
| ) | | |
| Plaintiffs, ) | | 8:11CV401 |
| ) | | |
| v. ) | | |
| ) | | |
| WERNER ENTERPRISES, INC., and ) | | |
| DRIVERS MANAGEMENT, LLC, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |
| PHILLIP PETRONE, et al., ) | | |
| ) | | |
| Plaintiffs, ) | | 8:12CV307 |
| ) | | |
| v. ) | | |
| ) | | |
| WERNER ENTERPRISES, INC., and ) | | ORDER |
| DRIVERS MANAGEMENT, LLC, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

This matter is before the Court on the motions of plaintiffs to seal Exhibit 1-D of their index (Filing No. 265 in 8:11CV401 and Filing No. 169 in 8:12CV307). The Court finds the plaintiffs' motions should be granted. Accordingly,

IT IS ORDERED that Exhibit 1-D of plaintiffs' index as noted in the motions shall remain sealed pending further order of the Court.

DATED this 11th day of June, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court