IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP PETRONE, et al., ) | | |
| ) | | |
| Plaintiffs, ) | 8:11CV401 | |
| ) | | |
| v. ) | | |
| ) | | |
| WERNER ENTERPRISES, INC., and ) | | |
| DRIVERS MANAGEMENT, LLC, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |
| PHILLIP PETRONE, et al., ) | | |
| ) | | |
| Plaintiffs, ) | 8:12CV307 | |
| ) | | |
| v. ) | | |
| ) | | |
| WERNER ENTERPRISES, INC., and ) | ORDER | |
| DRIVERS MANAGEMENT, LLC, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

This matter is before the Court on defendants' motion to extend the scheduling conference date and defendants' deadline to take a second deposition of Richard Kroon (Filing No. 275 in 8:11CV401 and Filing No. 180 in 8:12CV307). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; the scheduling conference is rescheduled to:

**Friday, September 12, 2014, at 9 a.m.**

in the chambers of the undersigned.

2) The schedule for the second deposition of Richard Kroon will be established at the scheduling conference.

DATED this 11th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court