IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE, et al.,        )
                                )
           Plaintiffs,          )       8:11CV401
                                )
     v.                         )
                                )
WERNER ENTERPRISES, INC., and   )
DRIVERS MANAGEMENT, LLC,        )
                                )
           Defendants.          )
_____)
PHILLIP PETRONE, et al.,        )
                                )
           Plaintiffs,          )       8:12CV307
                                )
     v.                         )
                                )
WERNER ENTERPRISES, INC., and   )       ORDER
DRIVERS MANAGEMENT, LLC,        )
                                )
           Defendants.          )
_____)
```

This matter is before the Court on the motion for plaintiffs to submit their supplemental report (Filing No. 279 in 8:11CV401). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiffs shall have until August 1, 2014, to serve a copy of Richard Kroon's supplemental report to defendants.

DATED this 15th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court