IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP PETRONE, et al., ) | | |
| ) | | |
| Plaintiffs, ) | 8:11CV401 | |
| ) | | |
| v. ) | | |
| ) | | |
| WERNER ENTERPRISES, INC., and ) | | |
| DRIVERS MANAGEMENT, LLC, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |
| PHILLIP PETRONE, et al., ) | | |
| ) | | |
| Plaintiffs, ) | 8:12CV307 | |
| ) | | |
| v. ) | | |
| ) | | |
| WERNER ENTERPRISES, INC., and ) | ORDER | |
| DRIVERS MANAGEMENT, LLC, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

This matter is before the Court on plaintiffs' motions for leave to serve reply report (Filing No. 298 in 8:11CV401; Filing No. 200 in 8:12CV307). The Court has been advised defendants have no objection. Accordingly,

IT IS ORDERED that plaintiffs' motions are granted; plaintiffs may serve Kroon's reply report on or before February 10, 2015.

DATED this 3rd day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court