IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE, et al.,         )
                                 )
             Plaintiffs,         )        8:11CV401
                                 )
       v.                        )
                                 )
WERNER ENTERPRISES, INC., and    )
DRIVERS MANAGEMENT, LLC,         )
                                 )
             Defendants.         )
_____)
PHILLIP PETRONE, et al.,         )
                                 )
             Plaintiffs,         )        8:12CV307
                                 )
       v.                        )
                                 )
WERNER ENTERPRISES, INC., and    )        ORDER
DRIVERS MANAGEMENT, LLC,         )
                                 )
             Defendants.         )
_____)
```

This matter is before the Court on the motions of plaintiffs to seal Exhibit 1-D of their index (Filing No. 324 in 8:11CV401 and Filing No. 226 in 8:12CV307). The Court finds the plaintiffs' motions should be granted. Accordingly,

IT IS ORDERED that Exhibit 1-D of plaintiffs' index as noted in the motions shall remain sealed pending further order of the Court.

DATED this 1st day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court