IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE, et al.,        )
                                )
          Plaintiffs,           )    8:11CV401
                                )
     v.                         )
                                )
WERNER ENTERPRISES, INC., and   )
DRIVERS MANAGEMENT, LLC,        )
                                )
          Defendants.           )
_____)
PHILLIP PETRONE, et al.,        )
                                )
          Plaintiffs,           )    8:12CV307
                                )
     v.                         )
                                )
WERNER ENTERPRISES, INC., and   )    ORDER
DRIVERS MANAGEMENT, LLC,        )
                                )
          Defendants.           )
_____)
```

This matter is before the Court on defendants' motion to exclude and/or strike plaintiffs' newly disclosed damage calculations and request for expedited briefing schedule (Filing No. 349 in 8:11CV401; Filing No. 251 in 8:12CV307). The Court will grant the defendants' motion for expedited briefing. Accordingly,

IT IS ORDERED that the motion for expedited briefing is granted. Plaintiffs shall have until August 17, 2015, to

respond.  Defendants shall have until August 19, 2015, to file a reply.

DATED this 11th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court