```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                           DISTRICT OF NEBRASKA


PHILLIP PETRONE, et al.,      )
                              )
              Plaintiffs,     )          8:11CV401
                              )
      v.                      )
                              )
WERNER ENTERPRISES, INC., and )
DRIVERS MANAGEMENT, LLC,      )
                              )
              Defendants.     )
_____)
PHILLIP PETRONE, et al.,      )
                              )
              Plaintiffs,     )          8:12CV307
                              )
      v.                      )
                              )
WERNER ENTERPRISES, INC., and )          ORDER
DRIVERS MANAGEMENT, LLC,      )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on defendants' motion for relief from judgment, or in the alternative, to certify ruling for an interlocutory appeal, to stay proceedings, and for expedited briefing (Filing No. 354 in 8:11CV401; Filing No. 256 in 8:12CV307). The Court will grant the defendants' motion for expedited briefing. Accordingly,

IT IS ORDERED that the motion for expedited briefing is granted. Plaintiffs shall have until August 18, 2015, to

respond.  Defendants shall have until August 20, 2015, to file a reply.

DATED this 12th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court