IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE, et al.,       )
                               )
          Plaintiffs,          )      8:11CV401
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC., and  )
DRIVERS MANAGEMENT, LLC,       )
                               )
          Defendants.          )
_____)
PHILLIP PETRONE, et al.,       )
                               )
          Plaintiffs,          )      8:12CV307
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC., and  )      ORDER
DRIVERS MANAGEMENT, LLC,       )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiffs' motion for leave to file for summary judgment as to damages (Filing No. 372 in 8:11CV401; Filing No. 274 in 8:12CV307). If the parties wish to amend or extend the briefing schedule, they may file a motion with the Court. The Court will grant the plaintiffs' motion. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion for leave to file for summary judgment as to damages is granted. Plaintiffs shall have until December 3, 2015, to file their motion.

2) Defendants shall have until December 31, 2015, to respond.

3) Plaintiffs shall have until January 8, 2016, to reply.

DATED this 10th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court