IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP PETRONE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:11CV401 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., and | ) | |
| DRIVERS MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| PHILLIP PETRONE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:12CV307 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., and | ) | ORDER |
| DRIVERS MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motions to extend deadline for responding to plaintiffs' motions for summary judgment on damages (Filing No. 374 in 8:11CV401; Filing No. 276 in 8:12CV307). The Court will grant the defendants' motions to extend the briefing deadline. Accordingly,

IT IS ORDERED that the motions to extend deadline for responding to plaintiffs' motions for summary judgment on damages

is granted; defendants shall have until January 11, 2016, to respond to said motions.

DATED this 13th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court