IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

PHILLIP PETRONE, et al.,       )
                               )
            Plaintiffs,        )          8:11CV401
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC., and  )
DRIVERS MANAGEMENT, LLC,       )
                               )
            Defendants.        )
_____)
PHILLIP PETRONE, et al.,       )
                               )
            Plaintiffs,        )          8:12CV307
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC., and  )          ORDER
DRIVERS MANAGEMENT, LLC,       )
                               )
            Defendants.        )
_____)

This matter is before the Court on plaintiffs' motion to extend time for plaintiffs' motion for summary judgment on damages (Filing No. 376 in 8:11CV401; Filing No. 278 in 8:12CV307). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions are granted; plaintiffs shall have until December 14 to file their summary judgment motions on damages; defendants shall have until January 22, 2916, to file their opposition thereto.

DATED this 3rd day of December, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court