## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PHILIP PETRONE, et al.,** | |
| **Plaintiffs,** | **8:11CV401** |
| **vs.** | **ORDER** |
| **WERNER ENTERPRISES, INC., d/b/a WERNER TRUCKING, and DRIVERS MANAGEMENT, LLC,** | |
| **Defendants.** | |
| _____ | |
| **PHILIP PETRONE, et al.,** | |
| **Plaintiffs,** | **8:12CV307** |
| **vs.** | **ORDER** |
| **WERNER ENTERPRISES, INC., d/b/a WERNER TRUCKING, and DRIVERS MANAGEMENT, LLC,** | |
| **Defendants.** | |

     **IT IS ORDERED** that the motion to withdraw filed by Joseph E. Jones, as counsel of record for Defendants (Filing No. 643 in Case. No. 8:11cv401) is granted. Mr. Jones shall no longer receive electronic notice in these consolidated cases.

     Dated this 14th day of January, 2021.

                    BY THE COURT:

                    s/Michael D. Nelson
                    United States Magistrate Judge