IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILIP PETRONE, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., and<br>DRIVERS MANAGEMENT, LLC,<br><br>    Defendants. | 8:11CV401<br>8:12CV307<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order on Remand filed this date,

IT IS ORDERED that judgment is hereby entered in favor of Defendants and against Plaintiffs on all claims.

Dated this 10th day of January, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1