IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILIP PETRONE,<br><br>              Plaintiff,<br><br>  vs.<br><br>WERNER ENTERPRISES, INC., d/b/a WERNER TRUCKING and DRIVERS MANAGEMENT, LLC;<br><br>              Defendants. | **8:11CV401**<br><br>**ORDER** |
| PHILIP PETRONE, et al.,<br><br>              Plaintiffs,<br><br>  vs.<br><br>WERNER ENTERPRISES, INC., d/b/a WERNER TRUCKING and DRIVERS MANAGEMENT, LLC;<br><br>              Defendants. | **8:12CV307**<br><br>**ORDER** |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 705) is granted and Patrick S. Cooper is deemed withdrawn as counsel of record for Defendants in these cases. The Clerk of Court shall terminate electronic notice to Patrick S. Cooper in this case.

Dated this 2nd day of January, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge