IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILIP PETRONE, BRIAN PANKZ, on behalf of himself and all those similarly situated; STEWART FISHER, AND on behalf of himself and all those similarly situated; and JASBIR SINGH, on behalf of himself and all those similarly situated;<br>Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., AND DRIVERS MANAGEMENT, LLC,<br><br>Defendants. | Case No: 8:11cv401 and 8:12cv307<br><br>**ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibits from Jury Trial held 5/16/17 – 5/23/17

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 3rd day of March 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge